**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES, etc., et al., | No. C -13-05329(EDL) |
| Plaintiff, | **ORDER** |
| v. | |
| HALOPOFF AND SONS, INC, et al., | |
| Defendants. / | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a further case management conference is scheduled for September 2, 2014, at 10:00 a.m., in Courtroom E, located on the 15th floor at 450 Golden Gate Avenue, San Francisco, California 94102. An updated joint case management statement must be filed no later than August 26, 2014.

**IT IS SO ORDERED.**

Dated: August 1, 2014

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge