IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF LABORERS HEALTH, <br><br> Plaintiff, <br><br> v. <br><br> HALOPOFF AND SONS INC, <br><br> Defendant. | No. C -13-05329 EDL <br><br> **ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE** |

Pursuant to the parties' request in the Further Joint Case Management Statement (docket no. 34), the further case management conference is continued to October 28, 2014 at 3:00 p.m. in Courtroom E, located on the 15th floor at 450 Golden Gate Avenue, San Francisco, California 94102. An updated joint case management statement must be filed no later than October 21, 2014.

**IT IS SO ORDERED.**

Dated: August 27, 2014

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge