BARRY E. HINKLE, Bar No. 071223
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone (510) 337-1001
Fax (510) 337-1023

Attorneys for Plaintiffs

Justin D. Harris, #199112
MOTSCHIEDLER, MICHAELIDES,
WISHON, BREWER & RYAN, LLP
1690 West Shaw Avenue, Suite 200
Fresno, California 93711
Telephone (559) 439-4000
Facsimile (559) 439-5654

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID HALOPOFF, individually; DAVID HALOPOFF, individually and doing business as HALOPOFF & SONS, INC.; JOHN HALOPOFF, Jr., individually; JOHN HALOPOFF, Jr., individually and doing business as HALOPOFF & SONS, INC.; JOHN HALOPOFF, Sr., individually; JOHN HALOPOFF, Sr., individually and doing business as HALOPOFF & SONS, INC.; HALOPOFF & SONS, INC.; and DOES 1 through 10,<br><br>Defendants. | No. 13-cv-05329 EDL<br><br>**JOINT REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; ORDER THEREON**<br><br>Judge: Hon. Elizabeth D. Laporte<br><br>Date:       October 28, 2014<br>Time:       3:00 p.m.<br>Courtroom: E |

VEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

{05565/0000//382444.DOC}

JOINT REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE;
ORDER THEREON
Case No. 13-cv-05329 EDL

1  The Case Management Conference is currently set for October 28, 2014.

2  The parties are scheduled for Mediation on October 24, 2014 in San Francisco.

3  The parties would like the case management conference be continued approximately 30
4  days to allow the parties to complete the mediation and work on settlement.

5

6  Dated: October 21, 2014    WEINBERG, ROGER & ROSENFELD
                              A Professional Corporation

7

8                             /s/
                        By: _____
                              CONCEPCIÓN E. LOZANO-BATISTA
9                             Attorneys for Plaintiffs

10 Dated: October 21, 2014    MOTSCHIEDLER, MICHALLIDES, WISHON,
                              BREWER & RYAN LLP.
11

12                            /s/
                        By: _____
                              JUSTIN D. HARRIS
13                            Attorney for Defendants

14                              **ORDER**

15  Based upon the above, the Case Management Conference is continued to

16  _____10:00 a.m. on November 25__, 2014. A joint case management conference

17  statement shall be filed no later than November 18, 2014.

18

19  Dated: _____October 21_, 2014         *Elizabeth D. Laporte*
20                                        Judge Elizabeth D. Laporte

21

22

23

24

25

26

27

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

{05565/0000//382444.DOC}

JOINT REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE;
ORDER THEREON
Case No. 13-cv-05329 EDL