1  BARRY E. HINKLE, Bar No. 071223
   TRACY L. MAINGUY, Bar No. 176928
2  CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
   WEINBERG, ROGER & ROSENFELD
3  A Professional Corporation
   1001 Marina Village Parkway, Suite 200
4  Alameda, California 94501
   Telephone  (510) 337-1001
5  Fax  (510) 337-1023
   E-Mail:  bhinkle@unioncounsel.net
6          rperkins@unioncounsel.net
           clozano@unioncounsel.net
7
   Attorneys for Plaintiffs
8

9                 UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PERNSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>                         Plaintiff,<br><br>      v.<br><br>DAVID HALOPOFF, individually; DAVID HALOPOFF, individually and doing business as HALOPOFF & SONS, INC.; JOHN HALOPOFF, Jr., individually; JOHN HALOPOFF, Jr., individually and doing business as HALOPOFF & SONS, INC.;JOHN HALOPOFF, Sr., individually; JOHN HALOPOFF, Sr., individually and doing business as HALOPOFF & SONS, INC.; HALOPOFF & SONS, INC.; and DOES 1 through 10, | No. 13-cv-05329 EDL<br><br>**STIPULATION REGARDING LIABILITY OF CORPORATE DEFENDANT HALOPOFF & SONS, INC.; [PROPOSED] ORDER THEREON**<br><br>Judge:     Hon. Elizabeth D. Laporte |

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

STIPULATION REGARDING LIABILITY OF CORPORATE DEFENDANT HALOPOFF & SONS, INC.;
[PROPOSED] ORDER THEREON
Case No. 13-cv-05329 EDL

The parties hereto hereby stipulate and agree as follows:

1. Plaintiffs, The Board of Trustees, in their capacities as Trustees of the Laborers Health and Welfare Trust Fund for Northern California; Laborers Vacation-Holiday Trust Fund for Northern California; Laborers Pension Trust Fund for Northern California; and Laborers Training and Retraining Trust Fund for Northern California (hereinafter "Trust Funds" or "Plaintiffs"), have brought the above-captioned action against Defendant Halopoff & Sons, Inc., ("Halopoff & Sons, Inc."), a California Corporation, and Defendant John Halopoff, Sr., individually and doing business as Halopoff & Sons, Inc.. Plaintiffs seek payment of unpaid fringe benefit contributions, liquidated damages, and interest and all attorneys' fees, costs, and other reasonable expenses incurred in connection with this action. The parties are desirous of preserving their resources and those of the Court by avoiding litigation as to undisputed issues. To that end, the parties hereby stipulate and agree:

2. At all relevant times, Halopoff & Sons, Inc. was, and is, signatory and bound to a written collective bargaining agreement with the Northern California District Council of Laborers (hereinafter "Union"), a labor organization within the meaning of section 301 of the Labor Management Relations Act (29 U.S.C. § 185). Defendants became subject to all the terms and conditions of the Laborers' Master Agreement (hereinafter "Master Agreement") by virtue of signing a Memorandum of Agreement (hereinafter "Memorandum Agreement") with the union, which incorporated by reference the Master Agreement. The Master Agreement by its terms incorporates the various Trust Agreements establishing each of the Plaintiff Trust Funds. Hereinafter, the Memorandum Agreement, Master Agreement and Trust Agreements are referred to collectively as the "Agreements".

3. Halopoff & Sons, Inc. is liable to the Trust Funds for the following amounts pursuant to the Agreements and Trust Agreements referenced in the Master Agreement: (1) unpaid contributions owed to the Trust Funds in the amount of $273,681.37; (2) liquidated damages and interest of $47,043.19; (3) the Trust Funds' attorney fees incurred in relation to this action in the amount of $22,691.25; and (4) costs in the amount of $1,886.72 incurred by the Trust Funds in

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

1

STIPULATION REGARDING LIABILITY OF CORPORATE DEFENDANT HALOPOFF & SONS, INC.;
[PROPOSED] ORDER THEREON
Case No. 13-cv-05329 EDL

bringing this action.

4. Halopoff & Sons, Inc. agrees that the Court shall include in any judgment entered in the above-captioned proceeding the liability referenced in paragraph three above.

5. The parties further acknowledge that by entering into this Stipulation Regarding Liability of Corporate Defendant Halopoff & Sons, Inc. ("Stipulation"), the Trust Funds in no way waive their right to conduct an audit for the period of time covered by this action or to seek payment of any additional amounts from Halopoff & Sons, Inc. if it is discovered that additional unpaid contributions, which are unknown to the Trust Funds at the time of entering into this stipulation, are due and owing.

4. Nothing in this Stipulation will alter Halopoff & Sons, Inc.'s ongoing obligations under the collective bargaining agreement, including the obligation to submit all fringe benefit contributions to the Trust Funds in a timely manner.

5. If the Trust Funds are required to consult or retain legal counsel with respect to the enforcement of this Judgment, there shall be added to Halopoff & Sons, Inc.'s obligation under a modification to this Stipulation reasonable attorneys' fees, court costs and all other reasonable expenses incurred by the Trust Funds in connection with such suit or claim, including any and all appellate proceedings therein.  The parties stipulate to this Court's continuing jurisdiction, and agree that the Trust Funds may seek enforcement of this Stipulation in this Court or in any court of competent jurisdiction under section 664.6 of the California Code of Civil Procedure and related provisions of federal law.

6. Defendant further stipulates and agrees that this Agreement shall be binding on all successors, heirs, and assigns of Halopoff & Sons, Inc.  regardless of whether it changes the name or style or address of the business.

7. The provisions set forth in this Stipulation are not in violation of any state or federal law.  However, if any portion of this Stipulation is found to be in violation of any state or federal law, that portion shall be excised and the remaining portions of this Stipulation shall remain in full force and effect.

8. The parties acknowledge that they have had the opportunity to be represented by

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2
STIPULATED JUDGMENT; [PROPOSED] ORDER AND JUDGMENT
Case No. 13-cv-05329 EDL

1  independent legal counsel of their own choice throughout all of the negotiations that preceded the
2  execution of this Stipulation. The parties further acknowledge that they have had adequate
3  opportunity to perform whatever investigation or inquiry they may deem necessary in connection
4  with the subject matter of this Stipulation prior to its execution, and agree with the delivery and
5  acceptance of the considerations specified in this Stipulation.
6      9. This Stipulation may be executed in counterpart. The parties agree that signatures
7  transmitted electronically or via facsimile shall be considered and treated as an original signature.
8      10. The parties hereto mutually state that they have read the foregoing Stipulation and are
9  fully aware of its contents and legal facts. This Stipulation constitutes the entire agreement of the
10 parties and is entered into on the dates below indicated.

11 Dated: 3-13-15

12                                   _____
                                     JOHN HALOPOFF, SR., individually

15 Dated: 3-13-15                    HALOPOFF & SONS, INC.

17                                   _____
                                     JOHN HALOPOFF, SR.

19 Dated: 3/17/15                    LABORERS TRUST FUNDS

21                                   By: _____
                                     MICHELLE LAUZIERE
                                     Accounts Receivable Manager for Plaintiffs

28 /////

## [~~PROPOSED~~] ORDER APPROVING STIPULATION

Based upon the Stipulation Regarding Liability of Corporate Defendant Halopoff & Sons, Inc., the Court finds that it is undisputed that Halopoff & Sons, Inc. is liable to the Trust Funds for the following amounts pursuant to the Agreements and Trust Agreements referenced in the Master Agreement: (1) unpaid contributions owed to the Trust Funds in the amount of $273,681.37; (2) liquidated damages and interest of $47,043.19; (3) the Trust Funds' attorney fees incurred in relation to this action in the amount of $22,691.25; and costs in the amount of $1,886.72 incurred by the Trust Funds in bringing this action, as set forth in the Stipulation of the parties. The Court shall include the aforementioned liability in any judgment entered in the above-captioned matter, and retains jurisdiction to enforce the terms of the parties Stipulation Regarding Liability of Corporate Defendant Halopoff & Sons, Inc..

Dated: March 18, 2015

HONORABLE ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

134724/802632

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

4
STIPULATED JUDGMENT; [PROPOSED] ORDER AND JUDGMENT
Case No. 13-cv-05329 EDL