UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> HALOPOFF & SONS, INC., et al., <br><br> Defendants. | Case No.  13-cv-05329-EDL <br><br> **ORDER RE BANKRUPTCY STAY** |

It appearing from the Notice of Bankruptcy and Automatic Stay filed on April 21, 2015, that defendant(s), John Halopoff, Sr., has filed a petition in bankruptcy and that an automatic stay is in effect,

**IT IS HEREBY ORDERED** that this action is stayed as to Defendant John Halopoff, Sr., the hearing on Plaintiff's Motion for Summary Judgment set for May 19, 2015 is hereby vacated, and the motion administratively terminated.

**IT IS FURTHER ORDERED** that nothing contained herein shall be considered a dismissal or disposition of this action and should further proceedings become necessary or desirable, any party may initiate such proceedings in the same manner as if this order had not been entered.

**IT IS SO ORDERED.**

Dated:  April 23, 2015

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge